PER CURIAM.

(No. 6985

CHICAGO PAPER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, LEGISLATIVE INVESTIGATING COMMISSION, Respondent.

*Opinion filed December 26, 1972.*

170

CHICAGO PAPER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.